**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

In re: **Helen Maxine Stinnie,**                                    Case No: 16-60846
      *Debtor* Chapter 7

### Debtor's Amended Motion for Waiver of Credit Counseling Requirement

In support of her Motion for Waiver of Credit Counseling Requirement filed May 20, 2016 [Docket item #14] debtor's attorney, on behalf of debtor, requests permission of the court to amend paragraph number 11 in the original motion by replacement with the following:

11. Following the 341 creditors' meeting on June 3, 2016, the Trustee issued a Report of No Distribution on June 6, 2011 [Docket item #15].

AS BEFORE, counsel respectfully prays the court -- pursuant to its statutory and other general authority to remedy *de-minimus* procedural error in order to effect justice in connection with the bankruptcy process -- to grant any waiver and or modification it considers necessary to deem debtor's Petition and Certificate of Credit Counseling to have been timely filed.

/s/ Richard C. Devor, Jr.
Counsel for Debtor #74824

Central Virginia Legal Aid Society, Inc.
101 West Broad St., Suite 101
P.O. Box 12206
Richmond, VA 23241

804-200-6042
richard@cvlas.org